PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 13-4767
_____

UNITED STATES OF AMERICA,
                                    Appellant

v.

JOSEPH P. DONAHUE
_____

On Appeal from the United States District Court
for the Middle District of Pennsylvania
(D.C. Crim. No. 3-11-cr-00033-001)
Honorable A. Richard Caputo, District Judge

Before:  AMBRO, GREENBERG, and BARRY, <u>Circuit</u> <u>Judges</u>
_____

ORDER AMENDING OPINION
_____


It is hereby O R D E R E D that the opinion filed on August 22, 2014 in this matter is hereby amended to delete footnote number 8 on page 16 of the opinion.  An amended opinion will be issued.  As the amendment does not alter the disposition of the appeal, the judgment will not be modified.


By the Court,


<u>s/ Morton I. Greenberg</u>
Circuit Judge

Dated: October 14, 2014
CJG/cc:     Rodd K. Hinkley, Esq.
            Gino Angelo Bartolai, Jr., Esq.